```
                                                Settlement Date: December 17th, 2018
                                                Time:  10:00 A.M.
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                          Chapter  13
                                                Case No. 17-37123 CGM
EDWARD E. MORITT,
                                                NOTICE OF SETTLEMENT
                    Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**PLEASE TAKE NOTICE**, that an *Order,* a true copy of which is annexed hereto, will be presented for signature to the Hon. Cecelia G. Morris., United States Bankruptcy Judge, on the 17th  day of December,  2018 at 10:00 A.M., in the Judge's Chambers, United States Bankruptcy Court,  355 Main Street, Poughkeepsie,  New York.

**PLEASE TAKE FURTHER NOTICE ,** that objections, if any, to the proposed Order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than three days prior to the return date thereof, and unless objections are received by that time, the within order may be signed.

Dated: White Plains, New York
         November 29th, 2018

                                              /s/ Krista M. Preuss
                                      **Krista M. Preuss  (KMP7299)**
                                      **Chapter 13 Trustee**
                                      **399 Knollwood Road**
                                      **White Plains, New York 10603**
                                      **Chapter 13 Tel. 914-328-6333**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                      Chapter  13
                                                            Case No. 17-37123 CGM
**EDWARD E. MORITT,**
                                                            **ORDER DISMISSING CASE**


                            Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        It appearing that the above named debtor filed an original petition under Chapter 13 of the Bankruptcy Code and relief was ordered on December 18, 2017;  and it further appearing that upon the motion of the Chapter 13 Trustee dated March 2, 2018 to dismiss the case pursuant to 11 U.S.C. §1307(c)(1) on the ground of unreasonable delay that is prejudicial to creditors and (c)(4), for failure to remit payment as required under 11 U.S.C. §1326; and §521(e) (2)(A)(i) and (2)(B) for failure to submit the required documentation; and §109(e) for failure to qualify under the parameters of Chapter 13, and ***after a hearing held on November 27, 2018***  it having been determined that it is in the best interests of creditors and the estate to dismiss this case.

        **NOW IT IS**

        **ORDERED**, that the case of the above named debtor be, pursuant to 11 U.S.C. §1307(c)(1)  and (c)(4) and  §521(e) (2)(A)(i) and (2)(B), and §109(e), dismissed.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
IN RE:                                              Chapter 13
                                                    Case No. 17-37123 CGM
**EDWARD E. MORITT,**

                            Debtor(s)
----------------------------------x

## CERTIFICATE OF SERVICE

      Lois Rosemarie Esposito duly certifies:

      I am not a party to the action herein, I am over the age of 18 years and reside in the County of Westchester, State of New York.

      On November 29th, 2018 I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

    Edward E. Moritt
    10 Cox Road
    Pawling, New York 12564

    Devon Salts, Esq.
    1542 Route 52
    Fishkill, New York 12524

    Wells Fargo Bank, NA
    c/o Woods Oviatt Gilman, LLP
    700 Crossroads Bldg.
    2 State Street
    Rochester, New York 14614

    Wells Fargo Bank, NA
    Home Equity Group
    One Home Campus
    Des Moines, Iowa 50328

                                        /s/ Lois Rosemarie Esposito
                                        **Lois Rosemarie Esposito**